1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
CHARLES AL-PINE,                          No. C 18-2478 WHA (PR)
11
            Plaintiff,                     **ORDER OF DISMISSAL**
12
    vs.
13
JEFF SESSIONS,
14
            Defendant.
15
    /
16

17          Plaintiff is an inmate in Texas.  He filed this pro se civil rights action complaining that he

18  is subject to a pre-filing review order requiring him to pay the entire filing fee, and that an official

19  at the United States Supreme Court improperly failed to accept his complaint for filing.

20          Venue generally is proper in a judicial district in which: (1) any defendant resides, if all

21  defendants are residents of the state in which the district is located; (2) a substantial part of the

22  events or omissions giving rise to the claim occurred, or a substantial part of property that is the

23  subject of the action is situated; or (3) any defendant is subject to the court's personal

24  jurisdiction, if there is no district in which the action may otherwise be brought.  28 U.S.C. §

25  1391(b).

26          No defendant is located in this district, no actions or omissions giving rise to plaintiff's

27  claims took place in this district, and plaintiff himself is not in this district.  Therefore, this district

28  is not the proper venue for plaintiff's claims.  *See* 28 U.S.C. 1391.  Accordingly, pursuant to 28

U.S.C. 1406(a), this case is **Dɪsᴍɪssᴇᴅ** without prejudice to plaintiff filing his complaint in a federal district court where the venue is proper under 28 U.S.C. 1391. .

The clerk shall enter judgment and close the file. .

**IT IS SO ORDERED.**

Dated: June __12__, 2018.

Wɪʟʟɪᴀᴍ Aʟsᴜᴘ
Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Dɪsᴛʀɪᴄᴛ Jᴜᴅɢᴇ